Motion for reargument of motion for leave to appeal denied [*see* 24 NY3d 1115 (2015)].

Judges STEIN and FAHEY taking no part.

---

In the Matter of SYNERGY, LLC, et al., Appellants, v SUSAN KIBLER, Assessor, Town of Covington, et al., Respondents, and WYOMING CENTRAL SCHOOL DISTRICT, Intervenor-Respondent. (Action No. 1.)

In the Matter of SYNERGY, LLC, et al., Appellants, v SUSAN KIBLER, Assessor, Town of Covington, et al., Respondents, and WYOMING CENTRAL SCHOOL DISTRICT, Intervenor-Respondent. (Action No. 2.)

Submitted February 23, 2015; decided April 7, 2015

Motion, insofar as it seeks leave to appeal from the Appellate Division order affirming the Supreme Court judgment, denied; motion, insofar as it seeks leave to appeal from the other Appellate Division order, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution.

---

In the Matter of SYNERGY, LLC, et al., Appellants, v SUSAN KIBLER, Assessor, Town of Covington, et al., Respondents, and WYOMING CENTRAL SCHOOL DISTRICT, Intervenor-Respondent. (Action No. 1.)

In the Matter of SYNERGY, LLC, et al., Appellants, v SUSAN KIBLER, Assessor, Town of Covington, et al., Respondents, and WYOMING CENTRAL SCHOOL DISTRICT, Intervenor-Respondent. (Action No. 2.)

Submitted March 16, 2015; decided April 7, 2015

Motion by the Commissioner of Agriculture and Markets for leave to appear amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.